UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TOLAND JEROME BONNER,

    Plaintiff,
v.                                                  Case No. 3:14cv375/MCR/CJK

J. SCOTT DUNCAN, et al.,

    Defendants.
_____/

**O R D E R**

    Upon consideration of the Report and Recommendation of the Magistrate Judge filed on September 25, 2014 (doc. 5), pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing any timely-filed objections to the Report and Recommendation, the Report and Recommendation is adopted as the opinion of the court.

    Accordingly, it is ORDERED:

    1.  The Magistrate Judge's Report and Recommendation (doc. 5) is adopted and incorporated by reference in this Order.

    2.  This case is DISMISSED WITH PREJUDICE under 28 U.S.C. § 1915(e)(2)(B)(ii), for plaintiff's failure to state a claim upon which relief may be granted.

    3.  The clerk is directed to close the file.

    **DONE AND ORDERED** this 27th day of October, 2014.

                                                  *s/ M. Casey Rodgers*
                                                  **M. CASEY RODGERS**
                                                  **CHIEF UNITED STATES DISTRICT JUDGE**